UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELYN LaSCALA,

                Plaintiff,

         -against-

QVC INC. and MATSUNICHI DIGITAL USA INC.,

              Defendants.

**ORDER**

25-CV-04303 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 20, 2026, Defendant QVC, Inc. ("QVC") filed a Suggestion of Bankruptcy upon the record, noting that it and certain of its affiliates filed voluntary petitions for relief under chapter 11 of the title 11 of the Bankruptcy Code. The claims in this case against QVC, therefore, have been stayed pursuant to 11 U.S.C. § 362. Defendant Matsunichi Digital USA Inc. has not appeared or answered and appears to be in default.

The Court will issue an order administratively closing this case without prejudice to reopen within 30 days of the conclusion of the bankruptcy proceedings unless, by April 28, 2026, the parties advise the Court by letter filed via ECF why this stayed case should remain open and active in light of the foregoing.[1]

SO ORDERED.

Dated:  White Plains, New York
        April 21, 2026

_____
Philip M. Halpern
United States District Judge

---

[1] The Court will also, contemporaneous with the administrative closure of the case, deny without prejudice QVC's pending motions to dismiss (Doc. 20) and for sanctions (Doc. 24).