UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELYN LaSCALA,

                    Plaintiff,

        -against-

QVC INC. and MATSUNICHI DIGITAL USA
INC.,

                    Defendants.

**ORDER**

25-CV-04303 (PMH)

PHILIP M. HALPERN, United States District Judge:

The sole Defendant who has appeared in this action, QVC, Inc. ("QVC"), is a debtor in ongoing bankruptcy proceedings. The claims in this case against QVC are therefore stayed pursuant to 11 U.S.C. § 362.

On April 21, 2026, the Court issued an order providing that this case would be administratively closed without prejudice to reopen within thirty days of the conclusion of the bankruptcy proceeding, and QVC's pending motions denied without prejudice, unless, by April 28, 2026, the parties filed a letter explaining why this stayed case should remain open and active in light of the posture of this case. The parties have not filed any letter or otherwise communicated with the Court to date.

Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the bankruptcy proceedings or other vacatur of the automatic stay.[1] It is

---

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

further ORDERED that the pending motion to dismiss (Doc. 20) and motion for sanctions (Doc. 24) are denied without prejudice to refiling following any reopening of this case.

All conferences or other scheduled court appearances are cancelled.

SO ORDERED.

Dated:  White Plains, New York
        April 29, 2026

_____
Philip M. Halpern
United States District Judge